UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. DAVID WERTHEIMER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation,<br>　　　　Respondent. | NO. CV 11-9882-MMM(E)<br><br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: *March 31, 2014*.

　　　　　　　　　　　　　　　　　　　／s／ *Margaret M. Morrow*
　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE